IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CONRAD SZCZPANIAK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BURLINGTON COUNTY, et al.,<br><br>　　　　Defendants. | Civil No. 10-199 (JHR/JS) |

## ORDER OF ADMINISTRATIVE TERMINATION WITHOUT PREJUDICE

　　Due to the appeal that is presently pending before the Third Circuit Court of Appeals on an issue related to the subject matter of this lawsuit, and with the consent of all parties, until further Order of the court this matter is administratively terminated, without prejudice. The parties shall serve the Court with written notice if they request to restore the case to the active docket.

　　　　　　　　　　　　　　　　　s/ Joel Schneider
　　　　　　　　　　　　　　　　　JOEL SCHNEIDER
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Dated:  February 8, 2010

cc: Hon. Joseph H. Rodriguez